IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARBARA A. MENTGEN,<br><br>    Plaintiff,<br><br>vs.<br><br>INSITE DATA SERVICES, INC.,<br><br>    Defendant. | **4:20CV3125**<br><br>**ORDER** |

  IT IS ORDERED that the motion to withdraw filed by Amanda J. Fray, as counsel of record for Defendant, (Filing No. 24), is granted. Amanda J. Fray shall no longer receive electronic notice in this case.

  Dated this 8th day of October, 2021.

                  BY THE COURT:

                  *s/ Cheryl R. Zwart*
                  United States Magistrate Judge