IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA A. MENTGEN, | ) | Case No. 4:20CV3125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATED MOTION TO** |
| | ) | **DISMISS WITH PREJUDICE** |
| INSITE DATA SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

COME NOW the parties, by and through their counsel of record, and move this court for an Order to dismiss the above captioned action with prejudice, each party to bear their own costs and attorney's fees.

Dated: February 18, 2022.

| | |
|---|---|
| BARBARA A. MENTGEN, Plaintiff | INSITE DATA SERVICES, INC., Defendant |
| | |
| BY:  s/ Jennifer Turco Meyer<br>Jennifer Turco Meyer, #23760<br>Of Dyer Law, P.C., LLO<br>2611 S. 117th Street<br>Omaha, Nebraska 68144<br>(402) 393-7529<br>(402) 391-2289 facsimile<br>Jennifer@dyerlaw.com<br>Attorney for Plaintiff | BY:  s/ Caitlin J. Ellis<br>Caitlin J. Ellis, #26322<br>JACKSON LEWIS P.C.<br>10050 Regency Circle, Suite 400<br>Omaha, Ne 68114<br>Telephone:  (402) 391-1991<br>Facsimile:  (402) 391-7363<br>Caitlin.Ellis@jacksonlewis.com<br>Attorney For Defendant |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

        Caitlin J. Ellis        Caitlin.Ellis@jacksonlewis.com
        Christopher E. Hoyme    Christopher.Hoyme@jacksonlewis.com

                                                                    s/ Jennifer Turco Meyer