IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARBARA A. MENTGEN, | |
| Plaintiff, | 4:20-CV-3125 |
| vs. | |
| INSIGHT DATA SERVICES INC., | JUDGMENT |
| Defendant. | |

On the parties' Stipulated Motion to Dismiss with Prejudice (filing 27), this case is dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated this 18th day of February, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge